Everett E. Douthit and J. Frank Rose, appellees, v. E. T. Swiney, appellant.

Bill for dissolution of partnership on ground of fraud in formation thereof, and for all proper relief. Decree for complainants. Appeal from the Circuit Court of Shelby county; the Hon. Thomas M. Jett, Judge, presiding. Heard in this court at the October term, 1922. Affirmed. Opinion filed January 17, 1923.

# 670     APPELLATE COURTS OF ILLINOIS.

Vause & Kiger and Whitaker, Ward & Pugh, for appellant. Chew & Baker and Bryan H. Tivnen, for appellees; Thomas R. Figenbaum, of counsel.

Mr. Justice Heard delivered the opinion of the court.